## SUPPLEMENTAL DECLARATION OF EDNA YANG
## CO-EXECUTIVE DIRECTOR FOR AMERICAN GATEWAYS

*I, Edna Yang, make the following statements on behalf of American Gateways. I certify under penalty of perjury that the following statement is true and correct pursuant to 28 U.S.C. § 1746.*

1. I incorporate my Declaration in Support of Plaintiffs' Motion for Preliminary Injunction as if fully set forth herein.

2. As explained in my prior declaration, my name is Edna Yang, and I am the Co-Executive Director at American Gateways. American Gateways is a member of the National Qualified Representative Program (NQRP) network, through which it provides appointed counsel to noncitizens in removal proceedings who are adjudicated not competent to represent themselves before the Executive Office for Immigration Review (EOIR).

3. Since the partial termination of the NQRP on April 25, 2025, we have chosen to move forward in representing the current NQRP individuals in their removal hearings without funding due to the stage and nature of the removal cases. Withdrawing from these cases was not an option for us because we believe that we have a legal obligation to continue our representation as the individuals we are currently representing under the NQRP are particularly vulnerable. We also did not believe that the Immigration Judges would allow us to withdraw because many of these cases are set for final merits hearings.

4. We currently have merits hearings for NQRP cases set for June 5, 2025, June 24, 2025, and December 3, 2025. We have additional master calendar hearings for 2 clients in late 2025 and 2026, for which we are assessing our capacity to continue representation.

5. We completed a final hearing for an NQRP individual detained at the South Texas Immigration Processing Center on May 19, 2025. The individual was seeking cancellation of removal as a Lawful Permanent Resident. He had been identified as needing a QR because of his inability to understand and fully participate in the proceedings pending against him. The QR from American Gateways put in countless hours of legal research, work, witness identification and preparation, and advocacy on behalf of the client. The Immigration Judge found the individual statutorily eligible for his sought relief, but ultimately denied relief based on discretion. We are unable to continue to represent this individual in an appeal to the Board of Immigration Appeals due to the termination of the NQRP funding, despite believing that on appeal with a *de novo* review of the discretion decision of the Immigration Judge, the individual could ultimately be granted relief.

6. We also completed a final hearing for an NQRP individual detained at the South Texas Immigration Processing Center, who was seeking relief under the Convention Against Torture (CAT) on April 10, 2025. We received a decision from the Immigration Judge denying CAT relief, which we believe was legally incorrect. Appeal on the decision was reserved as a mental health safeguard. We, however, had to inform the client and his family that we were unable to represent him in an appeal to the Board of Immigration Appeals due because our NQRP funding was terminated. The individual remains detained, and we do not know if the family will be able to find representation to assist with the appeal.

7. Without the NQRP and the LOP, American Gateways has not been able to identify and represent vulnerable detained people who would otherwise be appointed QRs and desperately need representation. We believe that there are many detained individuals who, if properly identified, would qualify for and need a QR to protect their basic due process rights.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 22nd day of May 2025, in Austin, Texas.

_____
Edna Yang