IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN GATEWAYS, *et al.*, <br><br> *Plaintiffs,* <br><br> –v.– <br><br> DEPARTMENT OF JUSTICE, *et al.*, <br><br> *Defendants.* | **Case No. 1:25-cv-01370-AHA** |

**[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO DISMISS**

Upon consideration of Defendants' Motion to Dismiss, the memorandum in support thereof, and Plaintiffs' response thereto, it is HEREBY ORDERED that Defendants' Motion is DENIED.

**SO ORDERED.**

Date: _____

_____
AMIR H. ALI
United States District Judge

**Local Rule 7(k) Appendix: Names and Addresses of Attorneys Entitled to Be Notified of This Entry**

Keren Zwick
Mark Feldman
Mary Georgevich
Charles Roth
NATIONAL IMMIGRANT JUSTICE CENTER
111 W. Jackson Blvd., Suite 800
Chicago, IL 60604

Ivano Ventresca
Monica F. Sharma
ZUCKERMAN SPAEDER LLP
2100 L Street NW, Suite 400
Washington, DC 20037

Adina Appelbaum
F. Evan Benz
AMICA CENTER FOR IMMIGRANT RIGHTS
1025 Connecticut Avenue NW, Suite 701
Washington, DC 20036

Andrew I. Warden
UNITED STATES DEPARTMENT OF JUSTICE
Civil Division
1100 L. Street, NW
Washington, DC 2005

Sarah Welch
UNITED STATES DEPARTMENT OF JUSTICE
Civil Division
950 Constitution Ave. NW
Washington, DC 20005