UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN GATEWAYS, *et al.*,<br><br>  Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE, *et al.*,<br><br>  Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:25-cv-01370<br>)<br>)<br>)<br>)<br>)<br>) |

In response to the Court's minute order of June 3, 2025, defendants hereby provide a supplemental declaration of Sirce Owen, detailing the modification of the policy documents at issue in the parties' briefing.

DATED: June 4, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

ANDREW I. WARDEN
Assistant Director
Federal Programs Branch

*/s/ Sarah Welch*
SARAH WELCH
Ohio Bar No. 99171
Counsel
United States Department of Justice
Civil Division
950 Constitution Ave. NW
Washington, DC 20005
Phone: (202) 514-3180
Email: sarah.e.welch@usdoj.gov

*Counsel for Defendants*

1