# Exhibit 1

The Wayback Machine - https://web.archive.org/web/20210413025835/https://www.justice.gov/eoir/eoir-policy-manual/i/1/1

🇺🇸 An official website of the United States government  Here's how you know

## 1.1 - SCOPE OF THE EOIR POLICY MANUAL

**(a) Authority**

The mission of the Executive Office for Immigration Review (EOIR) is to adjudicate immigration cases by fairly, expeditiously, and uniformly interpreting and administering the Nation's immigration laws. EOIR accomplishes this mission by conducting immigration court proceedings under the Office of the Chief Immigration Judge (OCIJ), appellate reviews by the Board of Immigration Appeals (BIA or the Board), and administrative hearings under the Office of the Chief Administrative Hearing Officer (OCAHO).

The EOIR Director and the heads of EOIR's three adjudicatory components possess authority, inter alia, to issue operating instructions and policy guidance. See, e.g., 8 C.F.R. §§ 1003.0, 1003.1(a)(2)(i), 1003.9(b); 28 C.F.R. § 68.2. EOIR has issued public Operating Policies and Procedures Memoranda (OPPM)—under the heading of Policy Memoranda (PM)—since its creation in 1983. It first issued a BIA Practice Manual (BIAPM) in 1999 and first issued an Immigration Court Practice Manual (ICPM) in 2008.

The Policy Manual is designed to consolidate EOIR's existing policy and practice guidance available in multiple places on its website into one document.

Accordingly, any operational policies related to case adjudications previously issued by OCIJ, the BIA (other than case holds issued pursuant to regulations), or OCAHO that are not contained within the Policy Manual are no longer in effect.

**(b) Purpose**

EOIR provides this manual for the information and convenience of the general public and for parties that appear before the immigration courts, the BIA, and OCAHO. The manual describes procedures, requirements, and recommendations for practice before those three adjudicatory bodies.

**(c) Disclaimer**

Nothing in this manual shall limit the discretion or authority of EOIR's adjudicators to act in accordance with the law, including applicable statutes, regulations, and precedents. This manual does not constitute legal advice, and no parties or members of the public should construe any provision as legal advice.

Nothing in this manual is intended to supersede, alter, or amend any official policy of the Department of Justice (DOJ), including policies contained in the Justice Manual. To the extent that any policy in this manual conflicts with an official DOJ policy, the DOJ policy shall control. All EOIR employees remain subject to all official DOJ policies, including applicable policies contained in the Justice Manual.

**(d) Revisions**

EOIR's Office of Policy reserves the right to amend, suspend, or revoke the text, or portions of the text, of this manual at any time.

The most current version of the Policy Manual is available at the EOIR website.  Questions regarding online access to the Policy Manual should be addressed to the Law Library and Immigration Research Center.  See Appendix A (EOIR Directory).

The Policy Manual is updated periodically.  The date of the most recent update is indicated at the bottom of each page.  Parties should make sure to consult the most recent version of the Policy Manual, which is posted online at the Executive Office for Immigration Review website at www.justice.gov/eoir.

For information on how to provide comments regarding this manual, see <u>Part II, Chapter 13</u> (Public Input) and <u>Part III, Chapter 14</u> (Public Input).

**(e) Reproductions**

The Policy Manual is a public document and may be reproduced without advance authorization from the Executive Office for Immigration Review.

‹ <u>Chapter 1 - The Executive Office for Immigration Review</u>   <u>up</u>   <u>1.2 - EOIR Components</u> ›

*Updated February 3, 2021*