# Exhibit 2

The Wayback Machine - https://web.archive.org/web/20210420094937/https://www.justice.gov/eoir/eoir-policy-manual/v/1/7

🇺🇸 An official website of the United States government  Here's how you know

## 1.7 - NATIONAL QUALIFIED REPRESENTATIVE PROGRAM

As part of enhanced procedural protections, EOIR's National Qualified Representative Program (NQRP) is a program that provides Qualified Representatives to certain unrepresented and detained respondents who are found by an immigration judge or the BIA to be incompetent to represent themselves in immigration proceedings.

EOIR carries out the NQRP through the effort of federal staff and a contract. For further information, please visit EOIR's website.

‹ 1.6 - BIA Pro Bono Project                                       up                                       Chapter 2 - Facilities Protocols ›

*Updated January 6, 2021*