# Exhibit 6



**EOIR POLICY MANUAL**

## Part V - Miscellaneous

# 1.6 - Franco Qualified Representative Program

EOIR administers the *Franco* Qualified Representative Program (FQRP), a nationwide program to provide Qualified Representatives (QRs, e.g. attorneys) to certain unrepresented, detained individuals who have been found mentally incompetent to represent themselves in immigration proceedings by an immigration judge or the Board of Immigration Appeals (BIA). Program services are provided to individuals who qualify under the Franco-Gonzalez v. Holder class action litigation (which covers unrepresented, detained individuals in Arizona, California, and Washington).

The appointment of a QR is intended as a safeguard to ensure due process and fundamental fairness for individuals found to be mentally incompetent to represent themselves.

[1.5 - Model Hearing Program](#)     [Chapter 2 - Naturalization Ceremonies](#)

**Executive Office for Immigration Review**

5107 Leesburg Pike
Falls Church, VA 22041

Phone: 703-305-0289