IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN GATEWAYS, *et al.*, <br><br> *Plaintiffs,* <br><br> –v.– <br><br> DEPARTMENT OF JUSTICE, *et al.*, <br><br> *Defendants.* | Case No. 1:25-cv-01370-AHA |

**AFFIDAVIT OF SERVICE**

I, Kimberly Goode, declare and state as follows:

1. I am at least 18 years of age or older and not a party to this lawsuit.

2. My business address is 2100 L Street NW, Suite 400, Washington, DC 20037.

3. On the 7th day of May, 2025, I caused copies of the complaint and summons in the above-captioned case to be served via Certified Mail on the following defendants at the addresses listed below:

UNITED STATES DEPARTMENT OF JUSTICE
950 Pennsylvania Avenue NW
Washington, DC 20530

EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
5107 Leesburg Pike, Suite 1902
Falls Church, VA 22041

DEPARTMENT OF HOMELAND SECURITY
245 Murray Lane SW
Washington, DC 20528

PAMELA BONDI, *in her official capacity as Attorney General of the United States*
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530

SIRCE E. OWEN, *in her official capacity as Acting Director of the Executive Office for Immigration Review*
Executive Office for Immigration Review
5107 Leesburg Pike, Suite 1902
Falls Church, VA 22041

KRISTI NOEM, *in her official capacity as Secretary of Homeland Security*
Department of Homeland Security
245 Murray Lane, SW
Washington, DC 20528

4.  Copies of the Certified Mail receipts and proof of delivery for each of the above-listed parties are attached hereto.

5.  My colleague, Monica Sharma, served via email the summons and complaint in the above-captioned case upon the U.S. Attorney's Office for the District of Columbia ("USADC") on May 6, 2025 according to USADC's published guidance. On May 10, 2025, USADC responded by email indicating that the service package was received and accepted with a service date of May 6, 2025. That email is attached hereto.

Executed and dated this 12th day of June, 2025, in Washington, DC.

Signed: _Kimberly Goode_

Print Name:  Kimberly Goode

Sworn to before me this
12th day of June 2025

_Alverta M. Hickerson_
Notary Public

[Notary Seal: ALVERTA M. HICKERSON, NOTARY PUBLIC, DISTRICT OF COLUMBIA, MY COMMISSION EXPIRES 2/28/2027]

2