# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN GATEWAYS, *et al.*,<br><br>                              Plaintiff,<br><br>v.<br><br>DEPARTMENT OF JUSTICE, *et al.*,<br><br>                              Defendants. | No. 25-CV-01370 (AHA) |

## STATUS REPORT

In accordance with the Court's Memorandum Opinion and Order dated July 21, 2025 (ECF No. 32), Defendants hereby submit the following status report updating the Court about Defendants' compliance with the Court's Order requiring reinstatement of the National Qualified Representative Program (NQRP).

First, in compliance with the Court's instructions, Defendants sent written notice via email of the Court's order to all personnel in the Executive Office for Immigration Review (EOIR) within 48 hours of the Court's decision.  *See* Declaration of Sirce Owen ¶ 4 (attached as Exhibit 1).  The email also informed EOIR personnel that EOIR's Nationwide NQRP Policy, as announced in Chief Immigration Judge O'Leary's 2013 Memorandum, will be reinstated.  *Id.*  A copy of the written notice is attached to the Owen declaration as Exhibit 1.

Second, EOIR updated its Policy Manual to reinstate the NQRP.  *See* EOIR Policy Manual, Part V, Ch. 1, Section 1.6, NQRP located at www.justice.gov/eoir/eoir-policy-manual/miscellaneous/chapter1-6.  Owen Decl. ¶ 5.  Additionally, EOIR updated relevant

portions of its website to reflect the reinstatement of the NQRP: www.justice.gov/eoir/national-qualified-representative-program-nqrp. *Id.*

Third, Defendants have taken appropriate steps to reimplement the NQRP by working to restore program services through the contract with the Acacia Center for Justice. As explained in Defendants' motion to dismiss and opposition to plaintiffs' motion for preliminary injunction, NQRP services had been provided under a contract with Acacia through the issuance of yearly program specific "task orders" and "statements of work" to Acacia. Consistent with the Court's order to reimplement the program, EOIR drafted a statement of work restoring the original scope of the Acacia contract related to the NQRP, which was in effect prior to April 2025 and expires on July 31, 2025 (Option Year 2). Owen Decl. ¶ 6. EOIR also drafted a statement of work to exercise the Acacia contract related to the NQRP, to begin on August 1, 2025 (Option Year 3). *Id.* ¶ 7. The statements of work and related appendices were sent to the Justice Management Division's ("JMD") Office of Procurement for routing to Acacia for comment and review as to the terms of the statements of work. *Id.* ¶¶ 6-7. JMD has requested that Acacia provide a response by close of business today, July 28, 2025. *Id.* Any questions that develop from this process will be addressed forthwith. *Id.* Thereafter, an updated proposal for both Option Years 2 and 3 will be provided by Acacia for EOIR to review. *Id.* ¶ 8. When a mutual agreement is reached, the contracting officer will execute the contracts. *Id*

DATED: July 28, 2025                                              Respectfully submitted

                                                                  BRETT A. SHUMATE
                                                                  Assistant Attorney General

                                                                  ANDREW I. WARDEN
                                                                  Assistant Director
                                                                  Federal Programs Branch

*/s/ Sarah Welch*
SARAH WELCH
Ohio Bar No. 99171
Counsel
United States Department of Justice
Civil Division
950 Constitution Ave. NW
Washington, DC 20005
Phone: (202) 514-3180
Email: sarah.e.welch@usdoj.gov

*Counsel for Defendants*