UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN GATEWAYS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF JUSTICE, *et al.*, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:25-cv-01370 (AHA) |

### [Proposed] ORDER

Upon review of the parties' Joint Status Report filed on August 25, 2025, it is hereby ORDERED that this matter is remanded to Defendant EOIR; it is further ORDERED that proceedings in this case are stayed during the remand; and it is further ORDERED that the Court's preliminary injunction order remains in effect during the stay. The Court will retain jurisdiction over the case during the remand, and Defendants are ORDERED to provide status reports to the Court every 60 days, beginning 60 days after the entry of this order, specifying (a) the number of appointments of QRs under the NQRP in the preceding 60 days and (b) the number of appointments provided or transmitted to Acacia under the NQRP in the preceding 60 days. Defendants are further ORDERED to promptly notify Plaintiffs and the Court of any decision to change, modify, alter, rescind, or terminate the NQRP.

So ORDERED this _____ day of _____, 2025.

_____
AMIR H. ALI
United States District Judge