UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMERICAN GATEWAYS, *et al.*,

          Plaintiff,

v.

DEPARTMENT OF JUSTICE, *et al.*,

          Defendants.

No. 25-CV-01370 (AHA)

## STATUS REPORT

In accordance with the Court's Order dated September 16, 2025 (ECF No. 41), Defendants hereby submit the following status report.

1. Between September 16, 2025, and November 12, 2025, EOIR received 30 NQRP qualified representative orders.

2. Between September 16, 2025, and November 12, 2025, EOIR assigned 32 NQRP qualified representative orders to Acacia for fulfillment. This number exceeds the number of orders received in this period because two NQRP orders were received prior to September 16 but assigned on September 16.

3. EOIR has not changed the NQRP guidance in the online policy manual since September 16, 2025.

4. The NQRP is separate from the contract at issue in this case. At this time, no decision has been made to change, modify, alter, rescind, or terminate the NQRP.

EOIR maintains that, regardless of the termination of the NQRP, the contract at issue in this case was appropriately terminated, that any challenge to that termination can be made only in

the Court of Federal Claims (CFC), and that plaintiffs cannot challenge that termination in this forum simply by couching it as an Administrative Procedure Act challenge to the termination of the NQRP itself. *See Nat'l Institutes of Health v. Am. Pub. Health Ass'n*, 145 S. Ct. 2658, 2661-62 (2025) (Barrett, J., concurring) ("[I]f the CFC has exclusive jurisdiction over the grant terminations, . . . the plaintiffs cannot end-run that limit simply by packaging them with a challenge to agency guidance.").

DATED: November 17, 2025

Respectfully submitted

BRETT A. SHUMATE
Assistant Attorney General

ANDREW I. WARDEN
Assistant Director
Federal Programs Branch

*/s/ Sarah Welch*
SARAH WELCH
Ohio Bar No. 99171
Counsel
United States Department of Justice
Civil Division
950 Constitution Ave. NW
Washington, DC 20005
Phone: (202) 514-3180
Email: sarah.e.welch@usdoj.gov

*Counsel for Defendants*