UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN GATEWAYS, *et al.*,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>DEPARTMENT OF JUSTICE, *et al.*,<br><br>　　　　　　　　Defendants. | No. 25-CV-01370 (AHA) |

**STATUS REPORT**

In accordance with the Court's Order dated September 16, 2025 (ECF No. 41), Defendants hereby submit the following status report.

1. Between November 13, 2025, and January 14, 2026, EOIR received 36 NQRP qualified representative orders.

2. Between November 13, 2025, and January 14, 2026, EOIR assigned 36 NQRP qualified representative orders to Acacia for fulfillment.

3. EOIR has not changed the NQRP guidance in the online policy manual since it filed its last status report.

4. The NQRP is separate from the contract at issue in this case. At this time, no decision has been made to change, modify, alter, rescind, or terminate the NQRP.

DATED:  January 16, 2026                    Respectfully submitted

                                                          BRETT A. SHUMATE
                                                          Assistant Attorney General

                                                          ANDREW I. WARDEN
                                                          Assistant Director
                                                          Federal Programs Branch

                                                          */s/ Sarah Welch*
                                                          SARAH WELCH
                                                          Ohio Bar No. 99171
                                                          Counsel
                                                          United States Department of Justice
                                                          Civil Division
                                                          950 Constitution Ave. NW
                                                          Washington, DC 20005
                                                          Phone: (202) 514-3180
                                                          Email:  sarah.e.welch@usdoj.gov

                                                          *Counsel for Defendants*