**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| AMERICAN GATEWAYS, *et al.*, <br><br>     Plaintiff, <br><br> v. <br><br> DEPARTMENT OF JUSTICE, *et al.*, <br><br>     Defendants. | No. 25-CV-01370 (AHA) |

## NOTICE OF CONTRACT SOLICITATION

Defendants hereby notify the Court that on June 11, 2026, the Department of Justice posted a solicitation seeking bids for provision of NQRP services. *See* Contract Opportunity, National Qualified Representative Program, at sam.gov/workspace/contract/opp/80a8e352e119450da5da922b8b70e1e4/view.  Offers are due by July 13, 2026.  The solicitation and performance work statement are attached as Exhibits A and B.  Additional solicitation documents are available on the cited webpage.  These documents provide for the continued provision of NQRP services, as announced in the April 22, 2013, memorandum issued by Chief Immigration Judge Brian M. O'Leary, in accordance with the Executive Office for Immigration Review Policy Manual.  The current contract providing NQRP services expires in August 2026. No changes will be made pursuant to this solicitation prior to the conclusion of the rebidding process.

DATED:  June 12, 2026

Respectfully submitted

BRETT A. SHUMATE
Assistant Attorney General

ANDREW I. WARDEN
Assistant Director
Federal Programs Branch

*/s/ Sarah Welch*
SARAH WELCH
Ohio Bar No. 99171
Senior Counsel to the Assistant Attorney General
United States Department of Justice
Civil Division
950 Constitution Ave. NW
Washington, DC 20005
Phone: (202) 514-3180
Email:  sarah.e.welch@usdoj.gov

*Counsel for Defendants*