**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| AMERICAN GATEWAYS, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF JUSTICE, *et al.*,<br><br>Defendants. | No. 25-CV-01370 (AHA) |

**STATUS REPORT**

In accordance with the Court's Order dated September 16, 2025 (ECF No. 41), Defendants hereby submit the following status report.

1. Between May 12, 2026, and July 12, 2026, EOIR received 35 NQRP qualified representative orders.

2. Between May 12, 2026, and July 12, 2026, EOIR assigned 35 NQRP qualified representative orders to Acacia for fulfillment.

3. EOIR has not changed the NQRP guidance in the online policy manual since it filed its last status report.

4. The NQRP is separate from the contract at issue in this case. At this time, no decision has been made to change, modify, alter, rescind, or terminate the NQRP.

DATED:  July 17, 2026

Respectfully submitted

BRETT A. SHUMATE
Assistant Attorney General

ANDREW I. WARDEN
Assistant Director
Federal Programs Branch

*/s/ Sarah Welch*
SARAH WELCH
Ohio Bar No. 99171
Senior Counsel
United States Department of Justice
Civil Division
950 Constitution Ave. NW
Washington, DC 20005
Phone: (202) 514-3180
Email:  sarah.e.welch@usdoj.gov

*Counsel for Defendants*